IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abigail Ratchford, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>Scottsdale Nights LLC,<br><br>          Defendant. | No. CV-21-01041-PHX-GMS<br><br>**ORDER TO SHOW CAUSE** |

The Court notes default was entered on behalf of Plaintiffs against Defendant Scottsdale Nights LLC (Doc. 11). Plaintiffs substituted counsel on October 27, 2021 (Doc. 15). There has been no activity since the substitution of counsel.

**IT IS HEREBY ORDERED** that Plaintiffs show cause no later than **March 24, 2022**, as to why this action should not be terminated for Plaintiffs' failure to prosecute.

**IT IS FURTHER ORDERED** if Plaintiffs fail to respond to the Court's Order to Show Cause, the Clerk of Court shall terminate this action on or after **March 25, 2022** for Plaintiffs' lack of prosecution pursuant to Rule 41(b), Fed. R. Civ. P., and LRCiv 41.1.

Dated this 15th day of March, 2022.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge