# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abigail Ratchford, et al., | No. CV-21-01041-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Scottsdale Nights LLC, | |
| Defendant. | |

In light of Plaintiffs having filed a Motion for Default Judgment (Doc. 17),

**IT IS HEREBY ORDERED** discharging the Court's March 15, 2022 Order to Show Cause (Doc. 16).

Dated this 23rd day of March, 2022.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge